NATHAN CHAMPION, appellant,

and

LEWIS S. WILLIAMS, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Williams* v. *Champion, 12 Stew. Eq. 350.*

*Mr. John B. Huffman,* for appellant.

*Messrs. Leaming & Black,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.

---

JOHN F. GRANDIN, appellant,

and

JOHN GRANDIN SLOCUM, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Slocum* v. *Grandin, 11 Stew. Eq. 485.*

*Mr. J. G. Shipman* and *Mr. H. A. Fluck,* for appellant.

*Mr. John N. Voorhees,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the ordinary.